# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN MARIE BALL,** | : | **Civil No. 1:11-CV-1833** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **COOPER, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On March 22, 2012, Defendants filed a motion to dismiss Plaintiff Dawn Marie Ball's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  (Doc. No. 58.) Magistrate Judge Martin Carlson issued a Report and Recommendation on June 1, 2012, in which he recommended that this Court grant the motion to dismiss Plaintiff's complaint with prejudice for failure to state a claim.  (Doc. No. 72.)  Plaintiff was directed to file any objections to the Report and Recommendation on or before June 18, 2012.  (<u>Id.</u>)  To date, Plaintiff has failed to raise any objections to the Report and Recommendation.  The Court has reviewed Magistrate Judge Carlson's Report and Recommendation and detects no error therein.

**ACCORDINGLY**, on this 25th day of June 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 72) is **ADOPTED**, Defendants' motion to dismiss (Doc. No. 58) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

<u>S/ Yvette Kane          </u>
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania